IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SIPCO, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>ABB INC.; COULOMB TECHNOLOGIES, INC.; ECOTALITY, INC.; ELECTRIC TRANSPORTATION ENGINEERING CORPORATION dba ECOTALITY NORTH AMERICA; ENERGYHUB, INC.; JETLUN CORPORATION; INGERSOLL-RAND COMPANY; INGERSOLL-RAND SCHLAGE LOCK HOLDING COMPANY LLC; SCHLAGE LOCK COMPANY; TRANE, INC.; and SMARTLABS, INC.,<br><br>    Defendants. | Civil Action File<br><br>No. 6:11-cv-00048-LED<br><br><br><br>**<u>JURY TRIAL DEMANDED</u>** |

### <u>ORDER</u>

Plaintiff SIPCO, LLC's Second Unopposed Motion to Extend Defendant Jetlun Corporation's ("Jetlun") Deadline to Move, Answer, or Otherwise Respond to Plaintiff's Complaint is before the Court.

After consideration, the Court finds that the Motion should be GRANTED. It is therefore ORDERED that Defendant Jetlun's deadline to move, answer, or otherwise respond to Plaintiff's Complaint is extended from March 28, 2010 until and including April 27, 2011.

**So ORDERED and SIGNED this 29th day of March, 2011.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**