# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SIPCO, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ABB INC.; COULOMB TECHNOLOGIES, INC.; ECOTALITY, INC.; ELECTRIC TRANSPORTATION ENGINEERING CORPORATION dba ECOTALITY NORTH AMERICA; ENERGYHUB, INC.; JETLUN CORPORATION; INGERSOLL-RAND COMPANY; INGERSOLL-RAND SCHLAGE LOCK HOLDING COMPANY LLC; SCHLAGE LOCK COMPANY; TRANE, INC.; and SMARTLABS, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO.: 6:11-cv-48-LED |
| Defendants. | ) |

## ORDER

Defendants Ingersoll-Rand Company, Ingersoll-Rand Schlage Lock Holding Company LLC, Schlage Lock Company, and Trane, Inc.'s (collectively the "Schlage/Trane Defendants") Unopposed Motion to Extend Deadline to Move, Answer, or Otherwise Respond to Plaintiff's Complaint is before the Court.

After consideration, the Court GRANTS the Motion. It is therefore ORDERED that the Schlage/Trane Defendants' deadline to move, answer, or otherwise respond to Plaintiff's Complaint is extended from April 6, 2011 to April 28, 2011.

**So ORDERED and SIGNED this 1st day of April, 2011.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

Case 6:11-cv-00048-LED  Document 49  Filed 04/01/11  Page 2 of 2