IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SIPCO, LLC <br><br> Plaintiff, <br><br> vs. <br><br> ABB, INC., et al <br><br> Defendants. | § § § § § § § § § § § CASE NO. 6:11-CV-48 <br> PATENT CASE |

## ORDER

The Court **ORDERS** the Plaintiff to file a notice that the case is ready for scheduling conference when all of the Defendants have either answered or filed a motion to transfer or dismiss. The notice shall be filed within five days of the last remaining Defendant's answer or motion. The notice shall include (1) a list of any pending motions to dismiss or transfer, (2) a list of any related cases previously filed in the Eastern District of Texas involving the same patent /patents; (3) the patent numbers for this case and any related case; and (4) the dates of any future Markman Hearing and/or Trial for related cases.

**So ORDERED and SIGNED this 1st day of April, 2011.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE