IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SIPCO, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ABB INC., COULOMB TECHNOLOGIES, INC., ENERGYHUB, INC., JETLUN CORPORATION, INGERSOLL RAND COMPANY, INGERSOLL-RAND SCHLAGE LOCK HOLDING COMPANY LLC, SCHLAGE LOCK COMPANY, TRANE, INC., and SMARTLABS, INC. <br><br> Defendants. | Civil Action File <br><br> No. 6:11-cv-00048 |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Plaintiff SIPCO, LLC ("SIPCO") and Defendants COULOMB TECHNOLOGIES, INC. ("Coulomb"), JETLUN CORPORATION ("Jetlun"), INGERSOLL RAND COMPANY, INGERSOLL-RAND SCHLAGE LOCK HOLDING COMPANY LLC, SCHLAGE LOCK COMPANY, TRANE, INC. (together "Schlage/Trane"), and SMARTLABS, INC ("Smartlabs") (collectively, "Defendants"), hereby file this Joint Claim Construction and Prehearing Statement under Local Patent Rule 4-3 and in accordance with the Court's Scheduling Order.

**(a) Proposed Constructions**

The parties have held multiple meet-and-confer conferences, and have attempted to narrow the list of claim terms for which the construction is in dispute.

Appendix A is a chart that includes Plaintiff SIPCO's proposed constructions for the claim terms on which the parties are in dispute, both as to whether construction is necessary and,

if so, the construction that should apply, along with the identification of exemplary intrinsic and extrinsic evidence supporting the proposed constructions

Appendix B is a chart that includes Coulomb's proposed constructions and identification of intrinsic and extrinsic evidence.

Appendix C is a chart that includes Schlage/Trane's proposed constructions and identification of intrinsic and extrinsic evidence.

Appendix D is a chart that includes Smartlabs' proposed constructions and identification of intrinsic and extrinsic evidence.

Defendant Jetlun is in agreement with Defendants' positions on claim constructions.

**(b) Anticipated Length of the Claim Construction Hearing**

SIPCO believes there are only a limited number of claim terms that require construction and therefore believes that the Claim Construction Hearing will require a total of no more than three (3) hours. SIPCO further states that the time permitted by the Court should be divided equally between the sides, with half of the time allotted for Plaintiff's constructions, and half of the time allotted for Defendants' constructions.

Defendants Coulomb and Smartlabs state that the Claim Construction Hearing will require a total of no more than four (4) hours, with the time allotted equally among the parties.

Defendant Schlage/Trane states that the Claim Construction Hearing will require a total of no more than five (5) hours, with the time allotted equally among the parties.

**(c) Other Issues at the Hearing**

The parties agree that there are no issues at this time other than claim construction that may be appropriately taken up at a prehearing conference prior to the Claim Construction Hearing.

Respectfully submitted, this 18th day of January, 2012

| | |
|---|---|
| ROBBINS GELLER RUDMAN & DOWD LLP<br><br>/s/ Jessica M. Kattula<br>John C. Herman<br>Ryan K. Walsh<br>Peter M. Jones<br>Jessica M. Kattula<br>3424 Peachtree Street, N.E. Suite 1650<br>Atlanta, Georgia 30326<br>(404) 504-6500 (telephone)<br>(404) 504-6501 (facsimile)<br>jherman@rgrdlaw.com<br>rwalsh@rgrdlaw.com<br>pjones@rgrdlaw.com<br>jkattula@rgrdlaw.com<br><br>and<br><br>T. John Ward, Jr.<br>Wesley Hill<br>WARD & SMITH LAW FIRM<br>P. O. Box 1231<br>Longview, Texas 75606-1231<br>(903) 757-6400 (telephone)<br>(903) 757-2323 (facsimile)<br>jw@jwfirm.com<br>wh@jwfirm.com<br><br>*Attorneys for Plaintiff*<br>*SIPCO, LLC* | FELDMAN GALE, P.A.<br><br>/s/ Nicole D. Galli<br>Nicole D. Galli<br>Gregory L. Hillyer<br>1700 Market Street<br>Philadelphia, PA 19103<br>Telephone: (267) 414-1300<br>ngalli@feldmangale.com<br>ghillyer@feldmangale.com<br><br>Michael Charles Smith<br>Siebman Burg Phillips & Smith, LLP-Marshall<br>P O Box 1556<br>Marshall, TX 75671-1556<br>903-938-8900<br>Fax: 19727674620<br>Email: michaelsmith@siebman.com<br><br>James A. Gale<br>Javier Sobrado<br>FELDMAN GALE, P.A.<br>2 S. Biscayne Blvd., 30th Floor<br>Miami, FL 33131<br>Telephone: (305) 358-5001<br>jgale@feldmangale.com<br>jsobrado@feldmangale.com<br><br>*Attorneys for Coulomb Technologies, Inc.* |

BARNES & THORNBURG LLP

/s/ Gary C. Furst

Gary C. Furst (Indiana Bar #19349-64)
(*Pro Hac Vice*)
(gary.furst@btlaw.com)
**Barnes & Thornburg LLP**
600 One Summit Square
Fort Wayne, IN  46802
Telephone:  (260) 425-4669
Facsimile:   (260) 424-8316

Paul B. Hunt (Indiana Bar #15465-71)
(Lead Attorney – *Pro Hac Vice*)
(paul.hunt@btlaw.com)
**Barnes & Thornburg LLP**
11 South Meridian Street
Indianapolis, IN  46204
Telephone:  (317) 231-7453
Facsimile:   (317) 231-7433

Jennifer Parker Ainsworth
Texas Bar # 00784720
(jainsworth@wilsonlawfirm.com)
**Wilson, Robertson & Cornelius, P.C.**
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone:  (903) 509-5001
Facsimile:    (903) 509-5092

*Attorney for Ingersoll-Rand Company; Ingersoll-Rand Schlage Lock Holding Company LLC; Schlage Lock Company and Trane, Inc.*

/s/ Michael Friedland
Michael Friedland
Knobbe Martens Olson & Bear LLP - Irvine,CA
2040 Main St
Fourteenth Floor
Irvine, CA 92614
949/760-0404
Fax: 949/760-9502
Email: 2mkf@kmob.com

*Attorney for SmartLabs, Inc.*

CAPSHAW DeRIEUX LLP

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux
114 E. Commerce Avenue
Gladewater, TX 75647
Telephone:  (903) 233-4816
ederieux@capshawlaw.com
Texas Bar No. 05770585

*Attorney for Jetlun Corporation*

## **CERTIFICATE OF SERVICE**

On this date a copy of the foregoing is being filed electronically and thus served upon all counsel of record pursuant to Local Rule CV-5.

This 18th day of January, 2012.

/s/ Jessica M. Kattula
Jessica M. Kattula