# EXHIBIT B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| SIPCO, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ABB INC.; COULOMB TECHNOLOGIES, INC.; | ) | |
| ECOTOTALITY, INC.; ELECTRIC | ) | |
| TRANSPORTATION ENGINEERING, | ) | |
| CORPORATION dba ECOTOTALITY NORTH | ) | CIVIL ACTION NO. 6:11-CV-0048 |
| AMERICA; ENERGY HUB, INC.; JETLUN | ) | |
| CORPORATION; INGERSOLL-RAND | ) | |
| COMPANY; INGERSOLL-RAND SCHLAGE | ) | |
| LOCK HOLDING COMPANY LLC; SCHLAGE | ) | |
| LOCK COMPANY; TRANE, INC.; and | ) | |
| SMARTLABS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## COULOMB TECHNOLOGIES, INC.'S PROPOSED CONSTRUCTIONS FOR DISPUTED TERMS

Defendant Coulomb Technologies, Inc. ("Coulomb"), by and through its undersigned counsel, and pursuant to P.R. 4-3, hereby discloses Coulomb's proposed definitions of the claim terms in dispute that Coulomb respectfully requests this Court to construe. Per Coulomb's agreement with Plaintiff, this submission is to be attached as an Exhibit to the Joint Statement to be filed by Plaintiff pursuant to P.R. 4-3.

## Coulomb's Proposed Construction of Claim Terms in U.S. Patent No. 6,437,692

| Claim Term(s) | Claim Number(s) | Proposed Claim Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|
| remote | 1, 11, 32, 42, 49 | in a geographical location separate from a local gateway/site controller | Abstract; Fig. 2, numerals 210, 220, 212, 222, 224, 216, 214, and 222; Fig. 5, | |

1

| | | | numerals 210, 550; Col. 6:15-35; Col. 10:5-11; Col. 11:14-18; Col.  11:26-29; F.H. '692 Patent, Response to Office Action, August 7, 2001, pp. 26, 28. | |
|---|---|---|---|---|
| select information | 1, 2, 5, 8, 12, 32, 33 | measured physical or operational condition | Abstract; Col. 3:2-7; Col. 5:60-64; Col. 9:30-Col. 10:2; Col. 12:29-32; Col. 12:48-54; Col. 13:8-10; Col. 13:35-42; Col. 17:12:17; F.H. '692 Patent, Office Action, June 4, 2001, pp. 3, 5 (Examiner's findings not rebutted by Applicant). | |
| a remotely located device | 1, 32 | a device different from a transceiver or transmitter and which is not an intermediate device, where the device is in a geographical location separate from a local gateway/site controller | Abstract; Fig. 2, numerals 210, 220, 212, 222, 224, 216, 214, and 222; Fig. 5, numerals 210, 550; Col. 6:15-30; Col. 10:5-11; Col. 11:14-18; Col.  11:26-29; F.H. '692 Patent, Response to Office Action, August 7, 2001, pp. 26, 28; F.H. Reexamination of '511 Patent, Application Serial No. 90/010,507, | |

| | | | Response to Office Action, May 3, 2010, p. 16. | |
|---|---|---|---|---|
| wireless transmitter configured to transmit select information | 1 | a one-way communication device integrated with a remote sensor that sends, over the air, physical or operational conditions measured by the sensor | Abstract; Col. 3:2-7; Col. 5:60-64; Col. 7:17-25; Col. 9:30-Col. 10:2; Col. 12:29-32; Col. 12:41-54; Col. 13:8-10; Col. 13:35-42; Col. 17:12:17; Col. 17:23-42; F.H. '692 Patent, Office Action, June 4, 2001, pp. 3, 5 (Examiner's findings not rebutted by Applicant). | |
| relatively low power radio frequency transceivers | 1, 3, 18, 24, 34, 49, 55, 60 | repeaters of over the air signals with a transmission power of about 1.5 milliwatts | Col. 3:7-10; Col. 3:21-59, '492 Patent; F.H. '692 Patent, Response to Office Action, August 7, 2001, p. 16; '692 Patent, Response to Office Action, February 22, 2001, p.9. | Wireless Communications, Principles & Practice, Theodore S. Rappaport, Prentice Hall Communications Engineering and Emerging Technologies Series (1996), pp. 525-550; RF Monolithics TR 1000 specifications sheet, page 2, (Peak RF Output Power); http://en.wikipedia.org/wiki/Mobile_phone_radiation_and_health. |
| translate the select | 1 | to map the select information to | Col. 3:66 - Col. 4:11; Col. 16:13- | |

| information | | function codes | 24; Figs. 3D, 4, 11, and 12. | |
|---|---|---|---|---|
| integrated with a sensor | 4 | directly connected and assembled with a device for measuring the physical or operational condition of a remote device | Abstract; Fig. 3C; Col. 9:52-Col. 10:11; Col. 3:2-7; Col. 5:60-64; Col. 9:30-Col. 10:2; Col. 12:29-32; Col. 12:48-54; Col. 13:8-10; Col. 13:35-42; Col. 17:12:17. | |
| actuator | 6, 8, 24, 28, 42, 49 | "an analog switch" or a "switch triggered or activated by an analog (non-digital) signal | Col. 5:61-64; Col. 10:5-11; Col. 20:60-63. | Engineering Electronics, A Practical Approach, Robert Mauro, Prentice Hall, Englewood Cliff, NJ (1989), pp. 745-747; http://en.wikipedia.org/wiki/Digital. |
| actuator integrated with the transceiver is responsive to the control signal | 8 | analog switch is directly connected and assembled with the signal repeater and is activated by a control signal from the host computer | Col. 9:52-Col. 10:11; Col. 3:7-10; Col. 7:41-57; Col. 14:66-67. | |
| information signal consisting of a transmitter identification code and an information field | 18 | a signal that only includes the identification number of a transmitter and an information field, the information field being a reserved slot in a packet for carrying a message | Case law in support of meaning of term "consisting of" will be provided in Markman brief. | |
| translating the | 24, 60 | mapping data to | Col. 3:66 - Col. | |

| data | | function codes | 4:11; Col. 16:13-24; Figs. 3D, 4, 11, and 12. | |
|---|---|---|---|---|
| applying the analog signal to an actuator | 24 | applying a non-digital signal to activate or turn on the analog switch | Col. 5:61-64; Col. 10:5-11; Col. 20:60-63. | Engineering Electronics, A Practical Approach, Robert Mauro, Prentice Hall, Englewood Cliff, NJ (1989), pp. 745-747; http://en.wikipedia.org/wiki/Digital. |
| in response to a physical condition | 32 | in response to one of the following: a smoke condition, a temperature condition, a security breach condition, a carbon monoxide condition, a door position, vehicle diagnostics, rainfall condition, vehicle position, and a mobile inventory condition | Col. 3:2-7; Col. 5:60-64; Col. 9:14-16; Col. 9:41-45; Col. 9:57-Col. 10:2; Col. 12:48-53; Col. 13:8-10; Col. 13:36:41; and Col. 17:12-17. | |
| wireless transmitter | 1, 3, 4, 32 | a one-way communication device that generates signals to be sent over the air | Abstract; Col. 3:2-7; Col. 5:60-64; Col. 7:17-25; Col. 9:30-Col. 10:2; Col. 12:29-32; Col. 12:41-54; Col. 13:8-10; Col. 13:35-42; Col. 17:12:17; Col. 17:23-42; F.H. '692 Patent, Office Action, June 4, 2001, pp. 3, 5 (Examiner's findings not rebutted by | |

| | | | Applicant). | |
|---|---|---|---|---|
| low power radio frequency signal | 1 | an over the air signal with a transmission power of 1.5 milliwatts or less | Col. 3:21-59, '492 Patent; F.H. '692 Patent, Response to Office Action, August 7, 2001, p. 16; '692 Patent, Response to Office Action, February 22, 2001, p.9. | Wireless Communications, Principles & Practice, Theodore S. Rappaport, Prentice Hall Communications Engineering and Emerging Technologies Series (1996), pp. 525-550; RF Monolithics TR 1000 specifications sheet, page 2, (Peak RF Output Power); http://en.wikipedia.org/wiki/Mobile_phone_radiation_and_health. |
| at least one wireless low-power RF transceiver | 42 | at least one repeater of over the air signals having an output power of 1.5 milliwatts or less | Col. 3:7-10; Col. 3:21-59, '492 Patent; F.H. '692 Patent, Response to Office Action, August 7, 2001, p. 16; '692 Patent, Response to Office Action, February 22, 2001, p.9. | Wireless Communications, Principles & Practice, Theodore S. Rappaport, Prentice Hall Communications Engineering and Emerging Technologies Series (1996), pp. 525-550; RF Monolithics TR 1000 specifications sheet, page 2, (Peak RF Output Power); http://en.wikipedia.org/wiki/Mobi |

| | | | | le_phone_radiati on_and_health. |
|---|---|---|---|---|
| wireless transceiver configured to translate the RF signal to an analog output signal | 42, 49 | the signal repeater receives the over the air signal and outputs a non-digital signal | Col. 3:7-10 | Engineering Electronics, A Practical Approach, Robert Mauro, Prentice Hall, Englewood Cliff, NJ (1989), pp. 745-747; http://en.wikiped ia.org/wiki/Digit al. |
| electrically coupled with an actuator | 42, 49 | physically connected to an analog switch through a conductive material | Col. 5:15-35; Fig. 1. | |
| translate the analog signal into a response | 24 | activate the analog switch | Col. 20:62-63; Col. 5:61-64; Col. 10:5-11; Col. 20:60-63. | Engineering Electronics, A Practical Approach, Robert Mauro, Prentice Hall, Englewood Cliff, NJ (1989), pp. 745-747; http://en.wikiped ia.org/wiki/Digit al. |
| application system input | 49 | signal sent to the host computer | Abstract; Col. 2:43-54 and see definition of "gateway." | |
| wireless relatively low-power RF transceiver | 49 | repeater of over the air signals having an output power of 1.5 milliwatts or less. | Col. 3:7-10; Col. 3:21-59, '492 Patent; F.H. '692 Patent, Response to Office Action, August 7, 2001, p. 16; '692 Patent, Response to Office Action, February 22, 2001, p.9. | Wireless Communications , Principles & Practice, Theodore S. Rappaport, Prentice Hall Communications Engineering and Emerging Technologies |

| | | | | |
|---|---|---|---|---|
| | | | | Series (1996), pp. 525-550; RF Monolithics TR 1000 specifications sheet, page 2, (Peak RF Output Power); http://en.wikipedia.org/wiki/Mobile_phone_radiation_and_health. |
| the wireless transceiver electrically coupled with an actuator and a sensor | 49 | the repeater of over the air signals is physically connected to the analog switch and a sensor through a conductive material | Col. 5:15-35; Fig. 1; Col. 3:7-10; Col. 5:61-64; Col. 10:5-11; Col. 20:60-63. | |
| information signal consisting of a transmitter code and an information field | 55 | a signal that only includes the identification number of a transmitter and an information field, the information field being a reserved slot in a packet for carrying a message or part of a message | Case law in support of meaning of term "consisting of" will be provided in Markman brief. | |
| low-power RF signal | 55 | an over the air signal having 1.5milliwatts of power or less | Col. 3:21-59, '492 Patent; F.H. '692 Patent, Response to Office Action, August 7, 2001, p. 16; '692 Patent, Response to Office Action, February 22, 2001, p.9. | Wireless Communications, Principles & Practice, Theodore S. Rappaport, Prentice Hall Communications Engineering and Emerging Technologies Series (1996), pp. 525-550; RF Monolithics TR 1000 specifications sheet, page 2, |

| | | | | |
|---|---|---|---|---|
| | | | | (Peak RF Output Power); http://en.wikipedia.org/wiki/Mobile_phone_radiation_and_health. |
| the low-power RF signal is received and repeated as required | 55 | Indefinite. | | |
| information signal consisting of a transceiver identification code and a concatenation of function codes | 60 | a signal that can only include the identification number of a transceiver and a continuous sequence of codes denoting functionality | Case law in support of meaning of term "consisting of" will be provided in Markman brief. | |
| gateway | 1, 2, 7, 10, 11, 12, 18, 24, 32, 33, 35, 36, 42, 44, 45, 46, 49, 50, 51, 54, 55, 60 | a computer geographically located apart from repeaters of over the air signals and a host computer and that interfaces those repeaters with the host computer via an Internet-like network | Abstract; Col. 3:7-10; Fig. 2, numerals 210, 220, 212, 222, 224, 216, 214, 260 and 222; Fig. 5, numerals 210, 550; Col. 2:43-54; Col. 3:20-24; Col. 3:57-65; Col. 6:15-35; Col. 10:5-11; Col. 11:14-18; Col. 11:26-29; F.H. '692 Patent, Response to Office Action, August 7, 2001, pp. 26, 28. | |

9

### Coulomb's Proposed Construction of Claim Terms in U.S. Patent No. 7,697,492

| Claim Term | Claim Number(s) | Proposed Claim Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|
| communicate command and sensed data between remote devices | 1 | communicate control instructions and data corresponding to a measured physical or operational condition between devices which are different from a transceiver or transmitter and which are not intermediate devices which are at geographical locations separate from a local gateway/site controller | Col. 2:29-35; Col. 4:18-35; Col. 8:52-63; Col. 9:5-8; F.H. Reexamination of '511 Patent, Application Serial No. 90/010,507, Response to Office Action, May 3, 2010, p. 16. | |
| receiver address comprising a scalable address of at least one remote device | 1, 14, 25 | a sequence of bytes identifying a device, different from a transceiver or transmitter and which is not an intermediate device, at a separate geographical location from a local gateway/site controller, wherein the sequence of bytes varies between 1 and 6 bytes | Fig. 8 "To Address" and Col. 2:29-35; Col. 4:18-35; Col. 8:52-63; Col. 9:5-8; F.H. Reexamination of '511 Patent, Application Serial No. 90/010,507, Response to Office Action, May 3, 2010, p. 16. | |
| plurality of transceivers | 2, 19 | two or more devices that can both transmit and receive signals | Col. 5:17-21. | |
| at least one sensor associated with at least one of the transceivers to | 2 | at least one sensor to detect a physical or operational condition is associated with at | Col. 7:60-Col. 8:6; see definition of "plurality of transceivers." | |

| detect a condition | | least one of the transceivers | | |
|---|---|---|---|---|
| actuator associated with at least one of the transceivers | 2 | analog switch associated with at least one of the transceivers | Col. 8:7-13; Col. 7:34-38; see definition of "plurality of transceivers." | |
| formats the sensed data signal into scalable byte segments | 4, 21 | Indefinite.  A byte consists of exactly 8 bits and by definition is not scalable or variable. | | |
| a preface | 5 | part of a message that serves to synchronize the control system and to frame each packet of the message. The packet begins with the preface and ends with a postscript | Col. 11:6-16. | |
| logic level | 5 | the voltage corresponding to either a one bit or a zero bit (0 volts) | | Engineering Electronics, A Practical Approach, Robert Mauro, Prentice Hall, Englewood Cliff, NJ (1989), pp. 745-747; http://en.wikipedia.org/wiki/Logic_level) |
| a postscript | 5 | a page description language from Adobe Systems that offers flexible font capability and high quality graphics | | Microsoft Computer Dictionary, Microsoft Press, Fifth Edition, (2002), Page 414; Bates No. CTI0019565- |

| | | | | 19570. |
|---|---|---|---|---|
| low voltage output | 5 | zero volts | | Engineering Electronics, A Practical Approach, Robert Mauro, Prentice Hall, Englewood Cliff, NJ (1989), pp. 745-747; http://en.wikipedia.org/wiki/Logic_level) |
| scalable data value comprising a scalable message | 8 | Indefinite.  The specification teaches the opposite, which is that a single message can be broken down into different values being carried by a sequence of packets. Alternatively, this limitation may be construed to mean "a message that can be communicated by breaking the message into packets, each packet having a variable data field length." | Fig. 7; Col. 9:50-Col. 11:56. | |
| geographically remote | 9, 19 | a geographical location separate from a local gateway/ site controller | Col. 2:29-35; Col. 4:18-35; Col. 8:52-63; Col. 9:5-8; | |
| actuator | 2, 11, 17 | analog switch | Col. 8:7-13; Col. 7:34-38. | |
| actuator configured to | 11 | analog switch connected to the device to be | Col. 8:7-13; Col. 7:34-38. | |

| actuate | | activated or turned on or off | | |
|---|---|---|---|---|
| communicate command and sensed data between remote wireless communication devices | 14 | communicate control instructions and data corresponding to a measured physical or operational condition between devices which are different from a transceiver or transmitter and which are not intermediate devices which are at geographical locations separate from a local gateway/site controller | Col. 2:29-35; Col. 4:18-35; Col. 8:52-63; Col. 9:5-8; F.H. Reexamination of '511 Patent, Application Serial No. 90/010,507, Response to Office Action, May 3, 2010, p. 16. | |
| controller configured to communicate with at least one other remote wireless device | 14 | a device that controls the operation of a transceiver, that device being at a separate geographical location from a local gateway/site controller, and which is programmed to communicate with other transceivers that are also at a separate geographical locations from a local gateway/site controller | Col. 2:29-35; Col. 4:18-35; Col. 8:52-63; Col. 9:5-8; Col. 5:17-21; Col. 5:65-Col. 6:3; Col. 6:42-55; Col. 7:5-59. | |
| one sensor configured to detect a condition | 15 | See definition of "at least one sensor associated with at least one of the transceivers to detect a condition." | | |

13

| a transceiver operatively configured to be in communication with at least one other of a plurality of transceivers | 19 | a transceiver at a separate geographical location from a local gateway/site controller and that is programmed to communicate with at least another transceiver from a group of two or more signal repeaters that are also at a separate geographical locations from a local gateway/site controller | Col. 2:29-35; Col. 4:18-35; Col. 8:52-63; Col. 9:5-8; Col. 5:17-21; Col. 5:65-Col. 6:3; Col. 6:42-55; Col. 7:5-59. | |
| condition to the transceiver | 20 | physical or operational condition of the signal repeater | Col. 7:60-Col. 8:6; see definition of "plurality of transceivers." | |
| formats the sensed data signal into scalable byte segments | 4, 21 | Indefinite.  A byte segment is by definition eight bits in length and therefore is not scalable. | | |
| transceiver | 1-4, 6, 14, 18-21, 25 | a device that can both transmit and receive signals | Col. 5:17-21. | |
| communicate with at least one other remote wireless device via the transceiver | 14, 25 | communicate, via the transceiver at a geographical location apart from the local gateway/site controller, with at least one other wireless device that includes a wireless transceiver which is also at a geographical location apart from | Col. 14:2-3; Col. 2:29-35; Col. 4:18-35; Col. 8:52-63; Col. 9:5-8; Col. 5:17-21; Col. 5:65-Col. 6:3; Col. 6:42-55; Col. 7:5-59. | |

| | | | | |
|---|---|---|---|---|
| | | the local gateway/site controller | | |
| means for dynamically sending and receiving messages | 22 | Indefinite. There is no corresponding structure in the specification and the language of the claim also fails to recite any corresponding structure. | | |
| means for packaging a message | | Indefinite.  There is no corresponding structure in the specification and the language of the claim also fails to recite any corresponding structure. | | |
| means for communicating information | 22, 23 | The structure corresponding to this term seems to correspond to elements 340 in Fig. 3 and 500 in Fig. 5 (including reference to these elements in the written description). | | |
| means for receiving messages | 22 | The structure corresponding to this term seems to correspond to elements 328 in Fig. 3 and 530 in Fig. 5 (including reference to these elements in the written description). | | |
| means for preparing responses to the received | 22 | Indefinite.  There is no sufficient structure disclosed in the specification | | |

| message | | and the language of the claim also fails to recite any corresponding structure.  The structure that seems to correspond to this term relates elements 324 in Fig. 3 and 535 in Fig. 5 (including reference to these elements in the written description) | | |
|---|---|---|---|---|
| means for sending the response message | 22 | The structure corresponding to this term seems to correspond to elements 328 in Fig. 3 and 530 in Fig. 5 (including reference to these elements in the written description). | | |
| means for indicating a total number of packets in a message | 22 | The structure corresponding to this term seems to correspond to element 720 in Fig. 7 (including reference to that element in the written description). | | |
| means for alerting a recipient to an incoming packet | 22 | Indefinite. There is no corresponding structure in the specification and the language of the claim also fails to recite any corresponding structure. | | |
| means for indicating an end of a packet | 22 | The structure corresponding to this term seems to correspond to | | |

| | | element 740 in Fig. 7 (including reference to that element in the written description). | | |
|---|---|---|---|---|

**Coulomb's Proposed Construction of Claim Terms in U.S. Patent No. 7,103,511**

| Claim Term | Claim Number(s) | Proposed Claim Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|
| remote devices | 1, 8, 13, 20, 27, 33, 44, 56 | devices which are different from a transceiver or transmitter and which are not intermediate devices and that are geographically apart from a local gateway/site controller | Abstract; Fig. 4, numerals 416, 418; Col. 2:28-47; Col. 5:7-12; Col. 5:57-61; Col. 10:40-48; Col. 11:8-33; Col. 14:49-59; Col. 21:52-58; F.H. Reexamination of '511 Patent, Application Serial No. 90/010,507, Response to Office Action, May 3, 2010, p. 16. | |
| plurality of wireless transceivers | 1-3, 6, 7, 9, 13-15, 18-22, 25-27, 37, 44, 45, 46, 51, 52 | two or more repeaters of over the air signals | Abstract; F.H. Reexamination '511 Patent, Application Serial No. 90/010507, Response to Office Action, September 1, 2010, p. 12; See Col. 3:7-10, '692 Patent. | |
| receive a sensor data signal from one of the plurality of | 1, 8, 13, 20 | receive measured physical or operational condition data from | Abstract; Fig. 4, numerals 416, 418; Col. 2:28-47; Col. 5:7-12; | |

| remote devices | | one of the at least two devices which are different from a transceiver or transmitter and which are not intermediate devices and that are geographically apart from a local gateway/site controller | Col. 5:57-61; Col. 7:32-34; Col. 10:40-48; Col. 11:8-33; Col. 14:49-59; Col. 21:52-58; Col. 17:12-20; Col. 4:52-55; F.H. Reexamination of '511 Patent, Application Serial No. 90/010,507, Response to Office Action, May 3, 2010, p. 16. | |
| original data message | 1-3, 8-10, 13, 14, 20, 21, 27, 44-46 | message containing information about the physical or operational condition of a device as well as the identification number of the sensor | Abstract; Col. 2:59-60; Col. 3:15-16; F.H. Reexamination of '511 Patent, Application Serial No. 90/010,507, Response to Office Action, May 3, 2010, p. 16.  *See also* definition for "receive a sensor data signal from one of the plurality of remote devices." | |
| transmit a repeated data message | 1, 2, 8, 13, 14, 20, 21, 45 | repeat or relay a message that includes information about the physical or operational condition of a device and at least one of the identification number of the | Abstract; Col. 2:59-60; Col. 3:15-16; Col. 23:54-57; F.H. Reexamination of '511 Patent, Application Serial No. 90/010,507, Response to | |

| | | sensor or the identification number of the repeater | Office Action, May 3, 2010, p. 16. | |
|---|---|---|---|---|
| site controller | 1, 3, 13, 15, 27, 30-34, 42, 44, 46, 49, 53-57 | a computer geographically located apart from repeaters of over the air signals and a host computer and that interfaces those repeaters with the host computer via an Internet-like network | Abstract; Col. 5:57-66. | |
| information related to the sensor data signal | 1, 8, 27 | information related to the measured physical or operational condition of a device different from a transceiver or transmitter and which is not an intermediate device | Abstract; Fig. 4, numerals 416, 418; Col. 2:28-47; Col. 5:7-12; Col. 5:57-61; Col. 7:32-34; Col. 10:40-48; Col. 11:8-33; Col. 14:49-59; Col. 21:52-58; Col. 17:12-20; Col. 4:52-55; F.H. Reexamination of '511 Patent, Application Serial No. 90/010,507, Response to Office Action, May 3, 2010, p. 16. | |
| host computer | 1, 8, 13, 20, 27, 44 | a central computer at a geographical location apart from both a local gateway/site controller and devices to be controlled by that central computer. | Col. 1:31-36; Col. 2:48-3:29; Col. 19:15-20. | |

| repeaters | 2, 14, 21, 36, 45, 59 | intermediate, as opposed to remote, "transceivers" or "intermediate communication devices that relay over the air signals to/from remote devices and a site controller" | Abstract; Fig. 4, numerals 416, 418; Col. 2:28-47; Col. 5:7-12; Col. 5:57-61; Col. 10:40-48; Col. 11:8-33; Col. 14:49-59; Col. 21:52-58. | |
|---|---|---|---|---|
| wherein the original data message corresponds to the command message | 3, 10 | "original data message" is generated in response to a command from the host controller | Col. 9:15-32. | |
| wireless communication means configured to receive a sensor data signal | 8 | The structure corresponding to this term seems to correspond to elements 135 and 225 in Fig. 2 (including reference to those elements element in the written description). | | |
| sensor data signal | 1, 2, 8, 9, 13, 14, 20, 21, 27, 44 | See definition for "information related to the sensor data signal." | | |
| means for receiving each of the original data messages and the repeated data messages | 8 | The structure corresponding to this term seems to correspond to site controller A 150 in Fig. 10 (including reference to that element in the written description). | | |
| means for identifying, for each received message | 8 | The structure corresponding to this term seems to correspond to elements 414, 406, 416, and 404 in Fig. 4 (including | | |

| | | | | |
|---|---|---|---|---|
| | | reference to those elements in the written description). | | |
| means for providing information | 8 | Indefinite.  There is not sufficient structure disclosed in the specification and the language of the claim also fails to recite any corresponding structure. | | |
| each of the plurality of repeating means | 9 | The structure corresponding to this term seems to correspond to elements 125 in Fig. 10 and elements 125 in Fig. 11 (including reference to that element in the written description). | | |
| means for receiving the original data message | 9 | Indefinite.  There is no sufficient structure disclosed in the specification and the language of the claim also fails to recite any corresponding structure.  The structure that seems to correspond to this term relates elements 125 in Fig. 10 and 125 in Fig. 11 (including reference to these elements in the written description) | | |
| means for transmitting a repeated data message | 9 | Indefinite.  There is no sufficient structure disclosed in the specification and the language of the claim also fails | | |

21

| | | | | |
|---|---|---|---|---|
| | | to recite any corresponding structure.  The structure that seems to correspond to this term relates elements 125 in Fig. 10 and 125 in Fig. 11 (including reference to these elements in the written description). | | |
| means for providing a command message | 10 | Indefinite.  There is no sufficient structure disclosed in the specification and the language of the claim also fails to recite any corresponding structure.  The structure that seems to correspond to this term relates element 110 in Fig. 10 and 110 in Fig. 11 (including reference to these elements in the written description). | | |
| command means for specifying a predefined command code | 11 | Indefinite.  There is no sufficient structure disclosed in the specification and the language of the claim also fails to recite any corresponding structure.  The structure that seems to correspond to this term relates to command byte 506 and command code 08 in the figures. | | |
| means for | 12 | Indefinite.  There is | | |

| | | | | |
|---|---|---|---|---|
| indicating a total number of bytes in the current packet | | no sufficient structure disclosed in the specification and the language of the claim also fails to recite any corresponding structure.  The structure that seems to correspond to this term relates to element 540 in Fig. 5. | | |
| means for indicating the total number of packets in the current message | 12 | Indefinite.  There is no sufficient structure disclosed in the specification and the language of the claim also fails to recite any corresponding structure.  The structure that seems to correspond to this term relates to element 530 in Fig. 5. | | |
| means for identifying the current packet | 12 | Indefinite.  There is no sufficient structure disclosed in the specification and the language of the claim also fails to recite any corresponding structure.  The structure that seems to correspond to this term relates to element 520 in Fig. 5. | | |
| means for identifying the current message | 12 | Indefinite.  There is no sufficient structure disclosed in the specification and the language of | | |

| | | | | |
|---|---|---|---|---|
| | | the claim also fails to recite any corresponding structure.  The structure that seems to correspond to this term relates to element 550 in Fig. 5. | | |
| integrated | 27 | directly connected and within the same enclosure or encasing | Fig. 2; Col. 5:57-61. | |

Dated: January 18, 2012

*s/Rafael Perez-Pineiro*_____

Siebman Burg Phillips & Smith, LLP
P.O. Box 1556
Marshall, TX 75671-1556
Tel. (903)938-7899
Fax. (972)767-4620
Michael Charles Smith
MichaelSmith@siebman.com

FELDMAN GALE, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Blvd.
Miami, FL 33131
Tel: (305) 358-5001
Fax: (305) 358-3309
James A. Gale
JGale@FeldmanGale.com
Rafael Perez-Pineiro
RPerez@FeldmanGale.com

FELDMANGALE, P.A.
1700 Market Street, Suite 3130
Philadelphia, PA 19103
Tel: (267) 414-1300
Fax: (267) 567-2648
Nicole D. Galli
NGalli@FeldmanGale.com

24

# EXHIBIT B