# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SIPCO, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ABB INC.; COULOMB TECHNOLOGIES, INC.; ECOTALITY, INC.; ELECTRIC TRANSPORTATION ENGINEERING CORPORATION dba ECOTALITY NORTH AMERICA; ENERGYHUB, INC.; JETLUN CORPORATION; INGERSOLL-RAND COMPANY; INGERSOLL-RAND SCHLAGE LOCK HOLDING COMPANY LLC; SCHLAGE LOCK COMPANY; TRANE, INC.; and SMARTLABS, INC., | ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION FILE NO.:  6:11-cv-0048 |
| Defendants. | ) |

## NOTICE OF COMPLIANCE WITH THE COURT'S
## JULY 14, 2011 DOCKET CONTROL ORDER

In compliance with the Court's Docket Control Order (Dkt. No. 103), Defendants Ingersoll Rand Company, Ingersoll Rand Schlage Lock Holding Company LLC, Schlage Lock Company LLC, and Trane, Inc., file this Notice of their letter to the Court requesting permission to file a motion for summary judgment of indefiniteness of U.S. Patent Nos. 6,437,692; 7,103,511; and 7,697,492.  A copy of the letter is attached as Exhibit 1.

2

Dated:  January 27, 2012  Respectfully submitted,

*/s/ Paul B. Hunt*
Jennifer Parker Ainsworth
Texas Bar #00784720
(jainsworth@wilsonlawfirm.com)
**WILSON, ROBERTSON & CORNELIUS, P.C.**
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone:  (903) 509-5001
Facsimile:    (903) 509-5092

Paul B. Hunt
Indiana Bar #15465-71
(Lead Attorney – *Pro Hac Vice*)
(paul.hunt@btlaw.com)
C. John Brown
Indiana Bar #25504-06
(*Pro Hac Vice*)
(john.brown@btlaw.com)
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, IN  46204
Telephone:  (317) 231-7453
Facsimile:   (317) 231-7433

Gary C. Furst
Indiana Bar #19349-64
(*Pro Hac Vice*)
(gary.furst@btlaw.com)
**BARNES & THORNBURG LLP**
600 One Summit Square
Fort Wayne, IN  46802
Telephone:  (260) 425-4669
Facsimile:   (260) 424-8316

ATTORNEYS FOR DEFENDANTS
INGERSOLL-RAND COMPANY;
INGERSOLL-RAND SCHLAGE LOCK
HOLDING COMPANY LLC; SCHLAGE
LOCK COMPANY LLC; TRANE, INC.;
AND TRANE U.S. INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*s/Paul B. Hunt*
Paul B. Hunt

INDS02 1203766v1