UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SIPCO, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ABB INC.; COULOMB TECHNOLOGIES, INC.; )<br>ECOTALITY, INC.; ELECTRIC )<br>TRANSPORTATION ENGINEERING )<br>CORPORATION dba ECOTALITY NORTH )<br>AMERICA; ENERGYHUB, INC.; JETLUN )<br>CORPORATION; INGERSOLL-RAND )<br>COMPANY; INGERSOLL-RAND SCHLAGE )<br>LOCK HOLDING COMPANY LLC; SCHLAGE )<br>LOCK COMPANY; TRANE, INC.; and )<br>SMARTLABS, INC., )<br>)<br>Defendants. )<br>_____) | Civil Action No.: 6:11-cv-48-LED-JDL |

## UNOPPOSED MOTION FOR WITHDRAWAL OF REPRESENTATION AND TERMINATION OF ELECTRONIC NOTICES

Movant, Feldman Gale, P.A. ("the Firm") hereby gives notice that Nicole D. Galli, an attorney of record for Defendant Coulomb Technologies, Inc. ("Coulomb"), is no longer affiliated with the Firm, and accordingly moves this court for an order granting that Nicole Galli be withdrawn from representation of the Coulomb Technologies, Inc. Defendants in the above cause. Coulomb continues to be represented by James A. Gale, Rafael Perez-Pineiro and Javier Sobrado of Feldman Gale, P.A. as well as Michael C. Smith of Siebman Burg Phillips & Smith, LLP, and will not be prejudiced by the withdrawal of Nicole Galli as attorney in this matter. Movant further requests that Nicole Galli be terminated from receiving electronic notices in this matter.

Dated: February 21, 2012

Respectfully submitted,

By: /s Javier Sobrado
Siebman Burg Phillips & Smith, LLP
P.O. Box 1556

Marshall, TX 75671-1556
Tel, 903-938-7899
Fax. 972-767-4620
Michael Charles Smith
MichaelSmith@siebman.com

FELDMAN GALE, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Blvd.
Miami, FL 33131
Tel: (305) 358-5001
Fax: (305) 358-3309
James A. Gale
JGale@FeldmanGale.com
Rafael Perez-Pineiro
RPerez@Feldmangale.com
Javier Sobrado
JSobrado@FeldmanGale.com

CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s Javier Sobrado
Javier Sobrado