IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SIPCO, LLC, <br><br>          Plaintiff, <br><br>vs. <br><br>ABB INC., COULOMB TECHNOLOGIES, INC., ENERGYHUB, INC., JETLUN CORPORATION, INGERSOLL RAND COMPANY, INGERSOLL-RAND SCHLAGE LOCK HOLDING COMPANY LLC, SCHLAGE LOCK COMPANY, TRANE, INC., and SMARTLABS, INC. <br><br>          Defendants. | Civil Action File <br><br> No. 6:11-cv-00048 <br><br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff SIPCO, LLC ("SIPCO") and hereby files this Notice of Settlement. SIPCO and Defendant Coulomb Technologies, Inc. ("Coulomb") have reached an agreement in principle for a settlement with respect to each other. In accordance with the settlement reached, SIPCO and Coulomb intend to file dismissal papers for all claims asserted by and between SIPCO and Coulomb in this litigation, pursuant Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, within ten (10) days of this Notice.

Respectfully submitted, this 1st day of November, 2012.

        **ROBBINS GELLER RUDMAN**
          **& DOWD LLP**

        /s/ Jessica M. Kattula
        John C. Herman
        Ryan K. Walsh
        Peter M. Jones
        Jessica M. Kattula
        3424 Peachtree Street, N.E.
        Suite 1650
        Atlanta, Georgia 30326
        (404) 504-6500 (telephone)
        (404) 504-6501 (facsimile)
        jherman@rgrdlaw.com
        rwalsh@rgrdlaw.com
        pjones@rgrdlaw.com
        jkattula@rgrdlaw.com

        and

        T. John Ward, Jr.
        Wesley Hill
        **WARD & SMITH LAW FIRM**
        P. O. Box 1231
        Longview, Texas 75606-1231
        (903) 757-6400 (telephone)
        (903) 757-2323 (facsimile)
        jw@jwfirm.com
        wh@jwfirm.com

        Attorneys for Plaintiff
        SIPCO, LLC

CERTIFICATE OF SERVICE

       I hereby certify that on November 1, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                              /s/ Jessica M. Kattula
                                              Jessica M. Kattula