IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SIPCO, LLC, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action File |
| COULOMB TECHNOLOGIES, INC., ) | |
| ENERGYHUB, INC., INGERSOLL RAND ) | No. 6:11-cv-00048 |
| COMPANY, INGERSOLL-RAND SCHLAGE ) | |
| LOCK HOLDING COMPANY LLC, ) | |
| SCHLAGE LOCK COMPANY, TRANE, INC., ) | |
| and SMARTLABS, INC., ) | |
| Defendants. ) | |
| ) | |

## ORDER

Having considered Plaintiff SIPCO, LLC's ("SIPCO") and Defendant COULOMB TECHNOLOGIES, INC.'S ("Coulomb") Joint Motion to Dismiss, With Prejudice, Under Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby

**ORDERED** that SIPCO's claims against Coulomb and Coulomb's counterclaims against SIPCO are dismissed with prejudice and Coulomb's pending Motion to Compel Documents and Interrogatory Responses from SIPCO [Docket No. 266] is hereby DENIED as moot. Each party is to bear its own costs and attorneys' fees, and without the right of appeal.

**So ORDERED and SIGNED this 30th day of November, 2012.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**