**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **SIPCO, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | No. 6:11-cv-048-LED-JDL |
| § | |
| **ABB, INC., et. al.,** § | JURY DEMANDED |
| § | |
| Defendants. § | |

**FINAL JUDGMENT**

Pursuant to the Order granting the parties' Joint Motion to Dismiss, the Court hereby enters Final Judgment. Plaintiff Sipco LLC filed suit against eleven (11) Defendants in this case on January 31, 2011 (Doc. No. 1). Since that time, all Defendants have been dismissed: Abb Inc. (Doc. No. 122), Coulomb Technologies, Inc. (Doc. No. 286), Ecotality, Inc. (Doc. No. 71), Electric Transportation Engineering Corporation (Doc. No. 71), Energyhub, Inc. (Doc. No. 278), Ingersoll-Rand Company (Doc. No. 242), Ingersoll-Rand Schlage Lock Holding Company LLC (Doc. No. 242), Jetlun Corporation (Doc. No. 188), Schlage Lock Company (Doc. No. 242), Smartlabs, Inc. (TBD), Trane, Inc. (Doc. No. 242). It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

 So **ORDERED** and **SIGNED** this 16th day of January, 2013.



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**